# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT K. EVANS and EDNA M. BARNETT,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ALLIANCE FUNDING, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No.: CV 10-3200 DSF (RZx)<br><br>PARTIAL JUDGMENT (FED. R. CIV. P. 54(b)) |

　　　　The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed as to Defendants Selvi Stanislus, State of California Franchise Tax Board, Debra Bowen, California Secretary of State, Stephen P. Sands, and California Contractors License Board and having granted a motion for summary judgment in favor of Defendants EMC Mortgage LLC, Bank of America, N.A., and JPMorgan Chase & Co.,

　　　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing from those Defendants, that the action be dismissed with prejudice as to those Defendants, and that those Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

1   Dated: ___1/27/12_____       _____*Dale S. Fischer*_____
                                                Dale S. Fischer
                                           United States District Judge

2