UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT K. EVANS and EDNA M. BARNETT,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALLIANCE FUNDING, et al.,<br><br>        Defendants.<br>_____ | Case No.: CV 10-3200 DSF (RZx)<br><br>AMENDED PARTIAL JUDGMENT (FED. R. CIV. P. 54(b)) |

      The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed as to Defendants Selvi Stanislus, State of California Franchise Tax Board, Debra Bowen, California Secretary of State, Stephen P. Sands, and California Contractors License Board and having granted a motion for summary judgment in favor of Defendants EMC Mortgage LLC (formerly known as EMC Mortgage Corporation), Bank of America, N.A. (erroneously sued as Bank of America and LaSalle Bank, N.A.), and JPMorgan Chase & Co. (erroneously sued as JPMorgan Chase and Company),

      IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing from those Defendants, that the action be dismissed with prejudice as to those Defendants,

and that those Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4/30/12

_____
Dale S. Fischer
United States District Judge