UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT K. EVANS and EDNA M. BARNETT,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ALLIANCE FUNDING, et al.,<br><br>　　　　Defendants.<br>_____ | Case No.:  CV 10-3200 DSF (RZx)<br><br>PARTIAL JUDGMENT (FED. R. CIV. P. 54(b)) |

　　　The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having issued an order to show cause re dismissal for lack of prosecution, and Plaintiffs having failed to provide valid proof of service with respect to Defendants Alan Wintermantle and Alliance Funding, and Plaintiffs having failed to request entry of default against Defendants Millenium Foreclosure Services LLP and Hamilton Way Trustee U.D.T., and seeing no just reason for delay in entry of judgment,

　　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing from those Defendants and that the action be dismissed without prejudice as them.

Dated:　6/29/12　_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge