1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT K. EVANS,  )<br>           Plaintiff,  )<br>                          )<br>      vs.                  )<br>                          )<br>ALLIANCE FUNDING, et al.,  )<br>           Defendants.  )<br>_____  )<br>                          )<br>                          ) | Case No.:  CV 10-3200 DSF (RZx)<br><br>PARTIAL JUDGMENT (FED. R.<br>CIV. P. 54(b)) |

        The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

ordered that Defendant Robert G. Holbert be dismissed, and seeing no reason for

delay in entry of judgment,

        IT IS ORDERED AND ADJUDGED that Plaintiff take nothing from

Robert G. Holbert and that the action be dismissed without prejudice as to

Holbert.

Dated: August 21, 2012

_____
                Dale S. Fischer
        United States District Judge