JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT K. EVANS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLIANCE FUNDING, et al.,<br><br>　　　　Defendants.<br>_____ | Case No.: CV 10-3200 DSF (RZx)<br><br><br>FINAL JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the last remaining Defendant Bea Stevens, a/k/a Dena B. Stevens, be dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice as to Stevens and any other remaining Defendants for whom judgment has not previously been entered.

Dated: 12/17/12

_____
Dale S. Fischer
United States District Judge