JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT K. EVANS, | ) | Case No.:  CV 10-3200 DSF (RZx) |
|        Plaintiff, | ) | |
| vs. | ) | FINAL JUDGMENT |
| ALLIANCE FUNDING, et al., | ) | |
|        Defendants. | ) | |
| _____ | ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the last remaining Defendant Bea Stevens, a/k/a Dena B. Stevens, be dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice as to Stevens and any other remaining Defendants for whom judgment has not previously been entered.

12/17/12

Dated: _____          _____
                                                                    Dale S. Fischer
                                                           United States District Judge